B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nova Financial Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Berkshire Financial Holdings, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**03-0402707** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1235 Westlakes Avenue**<br>**Suite 420**<br>**Berwyn, PA**          ZIP Code **19312** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Chester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which |
|---|---|---|
| (Form of Organization) (Check one box) | (Check one box) | the Petition is Filed (Check one box) |
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11          ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**          THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nova Financial Holdings, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>   _____<br>   (Name of landlord that obtained judgment)<br><br><br><br>   _____<br>   (Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nova Financial Holdings, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Morton R. Branzburg  (PA Bar
Signature of Attorney for Debtor(s)

 Morton R. Branzburg  (PA Bar 22477)
Printed Name of Attorney for Debtor(s)

 Klehr Harrison Harvey Branzburg
Firm Name

 1835 Market Street
 Suite 1400
 Philadelphia, PA 19103

Address

**Email: mbranzburg@klehr.com**
 215-569-3007  Fax: 215-568-6603
Telephone Number

 October 30, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Brian M. Hartline
Signature of Authorized Individual

 Brian M. Hartline
Printed Name of Authorized Individual

 President and CEO
Title of Authorized Individual

 October 30, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

NOVA FINANCIAL HOLDINGS, INC.

## UNANIMOUS CONSENT IN LIEU OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS

### October 10, 2012

The undersigned, being all of the members of the Board of Directors (the "Board") of NOVA FINANCIAL HOLDINGS, INC, a Pennsylvania corporation (the "Company"), pursuant to Section 1703 (b) of the Pennsylvania Business Corporation Law ("PBCL") and the Bylaws of the Company ("Bylaws"), each as amended, by this consent do hereby waive the requirements of notice under the PBCL and the Bylaws and consent to, take and adopt the following resolutions and actions:

### NOW THEREFORE, BE IT

RESOLVED, that in the judgment of the Directors of the Company it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that the Company seek the protections of Chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101 *et. seq.*, and it is

FURTHER RESOLVED, that Brian M. Hartline, President and Chief Executive Officer of the Company be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company ("Authorized Officer"), to execute, acknowledge, verify and deliver a petition pursuant to Chapter 7 of the Bankruptcy Code, 11 U.S.C. Section 101 *et. seq.*, and to cause the same to be filed with the United States Bankruptcy Court, Eastern District of Pennsylvania (the "Bankruptcy Court") on behalf of the Company at such time as the Authorized Officer executing the petition shall determine consistent with these resolutions, and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized, empowered and directed to execute, acknowledge, verify and file such other instruments, schedules and other papers, and to take any and all other action that he or she in so acting, may deem necessary or proper to carry out the Company's Chapter 7 case, and it is

FURTHER RESOLVED, that the law firm of Klehr Harrison Harvey Branzburg LLP be, and hereby is, employed as counsel on behalf of the Company under a classic retainer for the purpose of representing the Company in the Company's Chapter 7 case, and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized, empowered and directed to employ other counsel and professionals of his or her choice to the extent necessary and to enter into such fee arrangements for payment of such counsel and professionals as deemed appropriate to further the Company's Chapter 7 case, including the delivery of retainers at the expense of the Company, and it is

FURTHER RESOLVED, that the Authorized Officer and such other officers of the Company as the Authorized Officer shall designate from time to time, and any employees of agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute,

deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of any such officer shall be necessary, proper, and desirable to effectuate the Chapter filing subject to any required Board approval, and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any officer of the Company with respect to, and in contemplation of, the transactions contemplated by any of the foregoing resolutions are hereby ratified, approved, authorized and confirmed, and it is

FURTHER RESOLVED, that the Secretary be and is hereby directed to file an original copy of this Consent in the records of the Company, and it is

FURTHER RESOLVED, that the Secretary of the Company is authorized and empowered to certify the passage of the foregoing resolutions under the seal of the Company.

The actions taken by this consent shall have the same force and effect as if taken at a special meeting of the Board of Directors of the Company duly called and constituted pursuant to the Bylaws of the Company and the laws of the Commonwealth of Pennsylvania.

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company, have executed this consent as of the date first written above.

DIRECTORS:

Edward J. DiMarcantonio, Chairman

Brian M. Hartline

Wayne O. Leevy

Thomas W. Martell

2

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nova Financial Holdings, Inc.**              ,      Case No. _____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 252,107.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 14,079,713.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 252,107.00 | | |
| Total Liabilities | | | | 14,079,713.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Nova Financial Holdings, Inc.**                ,     Case No. _____

                           Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Nova Financial Holdings, Inc.**                                    ,       Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Nova Financial Holdings, Inc.**                                        ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Money Market Account, Nova Bank**<br>**1235 Westlakes Ave., Suite 420**<br>**Berwyn, PA  19312**<br>**Account No. 39100011** | - | 4,342.00 |
| | | **Checking Account, Nova Bank**<br>**1235 Westlakes Ave., Suite 420**<br>**Berwyn, PA  19312**<br>**Account No. 37001229** | - | 524.00 |
| | | **NAVAID Brokerage Account**<br>**1522 Locust Street, 2nd Floor**<br>**Philadelphia, PA  19312**<br>**Account No. 59035168** | - | 99,741.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Retainer:**<br>**Fox Rothschild**<br>**2000 Market Street, 20th Floor**<br>**Philadelphia, PA  19103**<br>**\*Retainer pursuant to debtor's obligation to indemnify officers and directors**<br>**(Value Estimated)** | - | 100,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          204,607.00
(Total of this page)

 4    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nova Financial Holdings, Inc.**                                         ,  Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. CPP 0002486 Commercial Package:  Blanket Bldg. & Personal Property (all properties) Blanket Bus. Income Mortgagee E&O** | - | **Unknown** |
| | | **Chubb Group Insurance Companies - Great Northern Insurance Companies Policy No. 9947-72-96 FPO Foreign Package (Worker's Comp)** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. WCV 0012392 Worker's Compensation-NJ** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. WCV 0011664 Worker's Compensation-PA** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. UMB 0012081 Umbrella Policy** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. PLI 0012429 Professional Liability** | - | **Unknown** |
| | | **ACE USA - ACE Professional Risk Policy No. EON G23663557 003 Cyber Insurance** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. KRE 0012192 Crime** | - | **Unknown** |
| | | **AmTrust North America (formerly BancInsure, Inc.) Policy No. FIB 0012394 Fidelity Bond** | - | **Unknown** |
| | | **American Modern Home Insurance Company Pol. No. BM-37-3625-79200 Commercial Property** | - | **Unknown** |
| | | **American Modern Home Insurance Company Pol. No. BL-37-3625-79200 General Liability** | - | **Unknown** |

Sub-Total >                   **0.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nova Financial Holdings, Inc.**                                          ,   Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| | | **Financial and Professional Risk Solutions, Inc., Insurmark Division**<br>**Pol. No. FLD006541**<br>**Flood** | - | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **3% Equity Interest in Nova Capital Trust I (310 common shares)**<br>**Book Value: $310,000   FMV $0.00** | - | **0.00** |
| | | **NOVA Bank, 1,200 outstanding shares of 100,000 authorized shares**<br>**Book Value:  $0.00** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Interest Due from Nova Capital Trust I for common shares**<br>**Book Value $119,490**<br>**All interest payments have been deferred - FMV $0.00** | - | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Prepaid Federal Tax** | - | **47,500.00** |

|  | Sub-Total > | 47,500.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaims/Third-Party Claims/Cross-Claims asserted in Weiss et al. v. Nova Financial Holdings, Case No. 11-cv-5336-EL  at Doc. No. 43 (E.D. Pa. Aug. 29, 2012)[now consolidated with Case No. 11-cv-02604-EL (E.D. Pa.)] for: (1) fraudulent misrepresentation; (2) negligent misrepresentation; (3) indemnification/contribution** | - | **Unknown** |
| | | **Third-Party counterclaim asserted in Hisey et al. v. Nova Financial Holdings, Case No. 11-cv-02604-EL at Doc. No. 53 (E.D.PA. Aug. 29, 2012) [now consolidated with Case No. 11-cv-5336-EL (E.D.PA.)] against Dan Vagnozzi for (1) fraudulent misrepresentation; (2) negligent misrepresentation; (3) unjust enrichment; (4) indemnification/contribution** | - | **Unknown** |
| | | **NOVA Financial Holdings, Inc. and NOVA Bank v. First American Title Insurance Company U.S.D.C., E.D.Pa. Case No. 12-cv-05087-JCJ** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >                **0.00**
(Total of this page)

Sheet __3__ of __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nova Financial Holdings, Inc.**                         ,       Case No. _____
<br>                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 252,107.00 |

Sheet  __4__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __**Nova Financial Holdings, Inc.**_____,   Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **Nova Financial Holdings, Inc.**                                                                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Nova Financial Holdings, Inc.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Albert Neiberg**<br>**c/o Keith E. Smith, Esquire**<br>**Eckert Seamans Cherin & Mellott, LLC**<br>**50 S. 16th St., 22nd Floor**<br>**Philadelphia, PA 19102** | - | | | | **Claims Asserted**<br>**U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |
| Account No.<br><br>**Anthony J. Bonomo**<br>**c/o Michael S. Hino, Pepper Hamilton**<br>**400 Berwyn Park**<br>**899 Cassatt Road**<br>**Berwyn, PA 19312** | - | | | | **Claims Asserted**<br>**U.S.D.C., E.D.Pa. Case No. 2:11-cv-04762** | X | X | X | **Unknown** |
| Account No.<br><br>**Ballamor Capital Management**<br>**c/o Matthew A. Taylor, Esquire**<br>**Duane Morris LLP**<br>**30 S. 17th Street**<br>**Philadelphia, PA 19103** | - | | | | **Claims Asserted**<br>**U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |
| Account No.<br><br>**Barbara Curran**<br>**c/o Justin E. Proper, Esquire**<br>**White & Williams, LLP**<br>**1650 Market Street, Suite 1800**<br>**Philadelphia, PA 19103** | - | | | | **Claims Asserted**<br>**U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |

__15__  continuation sheets attached

Subtotal
(Total of this page)                                         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Barbara Mitchell Two The Vista Middletown, NJ 07748 | - | | | X | | | |
| | | | | | | | Unknown |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Barry R. Bekkedam c/o Matthew A. Taylor Duane Morris, LLP 30 South 17th Street Philadelphia, PA 19103 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Benedict Foundation for Independent Scho 524 Bay Drive Vero Beach, FL 32963 | - | | | X | | | |
| | | | | | | | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Brent J. and Judy V. Ware 30 Kinnie Road Franklin, TN 37069 | - | | | X | | | |
| | | | | | | | Unknown |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Brian Zubatch c/o Keith E. Smith Eckert Seamans Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nova Financial Holdings, Inc.**                                              ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Brighton Management Group, LLC c/o Keith E. Smith, Esquire Eckert Seamans Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102 | - | | | X | X | X | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| C. Edward and Billie F. Carlisle 104 North Bayview Street Fairhope, AL 36532-2505 | - | | | X | | | Unknown |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| C. Scott Hisey c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market St. Suite 1800 Philadelphia, PA 19103 | - | | | X | X | X | Unknown |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Carol Gammarino Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | - | | | X | X | X | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Chester Romano 143 Grange Avenue Fair Haven, NJ 07704 | - | | | X | | | Unknown |

Sheet no. __2___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                           ,      Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 **(Plaintiff and Counter-Defendant)** | | | | |
| **Christa Vagnozzi c/o Justin E. Proper, Esquire White & Williams LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Chuck Uplinger c/o Justin E. Proper, Esquire White & Williams LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Cindy Stein c/o Justin Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Cindy Veverka c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., S.D.Fla. Case No. 9:11-cv-81311 | | | | |
| **Cooper Management Co. LLC c/o Andrew Steven Kwan, Esquire 7523 Sally Lyn Lane Lake Worth, FL 33467** | - | | | | X | X | X | **Unknown** |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nova Financial Holdings, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | J C | | | | | |
| Account No. | | | | Claims Asserted Montgomery Co. C.C.P. No. 2011-16474 | | | | |
| Cooper Management Co., LLC c/o Steven M. Coren, Esquire Kaufman, Coren & Reiss, P.C. 1717 Arch St., Suite 3710 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Craig Veverka c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| D.W.M. Incorporated c/o Keith E. Smith, Esquire Eckert Seamans Cherin & Mellott, LLC 50 S. 16th St., 22nd Floor Philadelphia, PA 19102 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| David Crastnopol c/o Justin Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Dean Knauss c/o Justin Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |

Sheet no.  **4**  of  **15**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nova Financial Holdings, Inc.** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 (Plaintiff and Counter-Defendant) | | | | |
| **Dean Vagnozzi c/o Justin E. Proper, Esquire White & Williams 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | X | X | X | Unknown |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Donald Curry c/o Keith E. Smith Eckert, Seamans, Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102** | - | | | X | X | X | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Donald S. Travis 9 Stonewood Parkway Verona, NJ 07044** | - | | | X | | | Unknown |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Donna Scharer 4775 Collins Avenue No. 1601 Miami Beach, FL 33140** | - | | | X | | | Unknown |
| Account No. | | | Notice Only | | | | |
| **FDIC 350 5th Avenue Suite 1200 New York, NY 10118-0110** | - | | | | | | 0.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                          ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Federal Reserve Bank of Philadelphia Ten Independence Mall Philadelphia, PA 19106** | - | | | | | | **0.00** |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Fetter Living Family Trust 173737 Noel Road Suite 100 Dallas, TX 75240** | - | | | X | | | **Unknown** |
| Account No. | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Frederick Rosen 136 Abbey Drive Royersford, PA 19468** | - | | | X | | | **Unknown** |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **George Rymar c/o Keith E. Smith, Esquire Eckert Seamans Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102** | - | | | X | X | X | **Unknown** |
| Account No. | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Gerald Nave c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | X | X | X | **Unknown** |

Sheet no. __6__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nova Financial Holdings, Inc.**                                              ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Herbert Weiss c/o Brendan Ruddy, Esquire Eckert, Seamans, Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., S.D.Fla. Case No. 9:11-cv-81311 | | | | |
| Hilary G. Musser c/o David Dormont Kaufman, Coren & Ress, PC 1717 Arch St., Suite 3710 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted Montgomery Co. C.C.P. No. 2011-16474 | | | | |
| Hilary G. Musser c/o Steven M Coren, Esquire Kaufman, Coren & Ress PC 1717 Arch Street, Suite 3710 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., S.D.Fla. Case No. 9:11-cv-81311 | | | | |
| Hilary G. Musser Alpha Trust Christiana Bank & Trust Co., Trustee c/o Andrew Steven Kwan 7523 Sally Lyn Lane Lake Worth, FL 33467 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| J. Frank and Susan B. Adams 128 South Shore Hilton Head Island, SC 29928 | - | | | | X | | | Unknown |

Sheet no. __7__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nova Financial Holdings, Inc.**_____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **J. Paul Rowe** <br> **4 Carriage Way** <br> **Berwyn, PA 19312** | - | | **Trust Preferred Securities Issued by Nova Capital Trust I** | X | | | Unknown |
| Account No. <br><br> **Joe Stein** <br> **c/o Justin Proper, Esquire** <br> **White & Williams LLP** <br> **1650 Market Street, Suite 1800** <br> **Philadelphia, PA 19103** | - | | **Claims Asserted** <br> **U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | Unknown |
| Account No. <br><br> **John Bendokas** <br> **c/o Keith E. Smith, Esquire** <br> **Eckert Seamans Cherin & Mellott, LLC** <br> **50 S. 16th Street, 22nd Floor** <br> **Philadelphia, PA 19102** | - | | **Claims Asserted** <br> **U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | Unknown |
| Account No. <br><br> **John Harkins** <br> **c/o Justin Proper, Esquire** <br> **White & Williams** <br> **1650 Market Street, Suite 1800** <br> **Philadelphia, PA 19103** | - | | **Claims Asserted** <br> **U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | Unknown |
| Account No. <br><br> **John McNally** <br> **c/o Justin E. Proper, Esquire** <br> **White & Williams** <br> **1650 Market Street, Suite 1800** <br> **Philadelphia, PA 19103** | - | | **Claims Asserted** <br> **U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | Unknown |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                          ,          Case No. _____
                                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **John Roshelli** **c/o Justin E. Proper, Esquire** **White & Williams** **1650 Market Street, Suite 1800** **Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Joseph Forman** **c/o Keith E. Smith, Esquire** **Eckert, Seamans, Cherin & Mellott, LLC** **50 S. 16th Street, 22nd Floor** **Philadelphia, PA 19102** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Joseph Schirmer** **c/o Keith Smith** **Eckert, Seamans, Cherin & Mellott, LLC** **50 S. 16th Street, 22nd Floor** **Philadelphia, PA 19102** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Katrina Kilgallon** **c/o Justin E. Proper, Esquire** **White & Williams, LLP** **1650 Market Street, Suite 1800** **Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Ken Gawason** **c/o Justin E. Proper, Esquire** **White & Williams, LLP** **1650 Market Street, Suite 1800** **Philadelphia, PA 19103** | - | | | | X | X | X | **Unknown** |

Sheet no. _**9**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., S.D.Fla. Case No. 9:11-cv-81311 | | | | |
| **Lefteen Realty Trust Hilary Grinker Musser, Trustee c/o Andrew Steven Kwan 7523 Sally Lyn Lane Lake Worth, FL 33467** | | - | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Lester Clippinger, Jr. 1554 Paoli Pike No. 307 West Chester, PA 19380** | | - | | | X | | | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Linda D. Bedell 309 KAABC Aspen, CO 81611** | | - | | | X | | | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Linda D. Reed 99 Dickinson Road Wayne, PA 19087** | | - | | | X | | | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Lisa Knauss c/o Justin Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | | - | | | X | X | X | Unknown |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nova Financial Holdings, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Maria Cacia c/o Keith E. Smith, Esquire Eckert Seamans Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Marianne Harkins c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Martha Snider 8500 Flourtown Avenue Glenside, PA 19038 | - | | | | X | | | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. Case No. 2:11-cv-04762 | | | | |
| Mary Ellen Bonomo c/o Michael S. Hino, Pepper Hamilton 400 Berwyn Park 899 Cassatt Road Berwyn, PA 19312 | - | | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Michael A. Orndorff 1390 Harmonyville Road Pottstown, PA 19465 | - | | | | X | | | Unknown |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nova Financial Holdings, Inc.**                                         ,        Case No. _____
                                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Michael Kilgallon c/o Justin E. Proper, Esquire Eckert Seamans Cherin & Mellott, LLC 50 S. 16th Street, 22nd Floor Philadelphia, PA 19102** | - | | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Nova Bank c/o Michael Menkowitz Fox Rothschild O'Brien & Frankel 2000 Market Street, 20th Floor Philadelphia, PA 19103-3291** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Royal Bank America 732 Montgomery Avenue Narberth, PA 19072** | | | | | X | | | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| **Salvatore Fiore c/o Justin E. Proper, Esquire White & Williams, LLP 1650 Market Street, Suite 1800 Philadelphia, PA 19103** | - | | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| **Seravelli Financial Group, Inc. PSP 10059 Sandmeyer Lane Philadelphia, PA 19116** | - | | | | X | | | Unknown |

Sheet no. __12__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Stephan Gammarino c/o Justin Proper, Esquire White & Williams 1650 Market Street, Suite 1800 Philadelphia, PA 19103-7395 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claims Asserted U.S.D.C., E.D.Pa. No. 2:11-cv-02604 | | | | |
| Stephen Huesser c/o Justin E. Proper, Esquire White & Williams 1650 Market Street, Suite 1800 Philadelphia, PA 19103 | | - | | | X | X | X | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Sycuan Children's Trust 3007 Dehesa Road El Cajon, CA 92019 | | | | | X | | | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| Terry A. Woodward 855 Collegeville Road Collegeville, PA 19426 | | - | | | X | | | Unknown |
| Account No. | | | | Trust Preferred Securities Issued by Nova Capital Trust I | | | | |
| The McFadzean 1998 Trust 1601 Cloverfield Blvd. North Tower, Suite 5000 Santa Monica, CA 90404 | | - | | | X | | | Unknown |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Peter D. Benedict Revocable Trust<br>524 Bay Drive<br>Vero Beach, FL 32963** | - | | **Trust Preferred Securities Issued by Nova Capital Trust I** | X | | | **Unknown** |
| Account No.<br><br>**Theodore Kilkuskie<br>c/o Keith E. Smith, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>50 S. 16th Street, 22nd Floor<br>Philadelphia, PA 19102** | - | | **Claims Asserted<br>U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |
| Account No.<br><br>**Timothy Curran<br>c/o Justin E. Proper, Esquire<br>White & Williams, LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103** | - | | **Claims Asserted<br>U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |
| Account No.<br><br>**Tracy McNally<br>c/o Justin E. Proper, Esquire<br>White & Williams, LLP<br>1650 Market Street, Suite 1800<br>Philadelphia, PA 19103** | - | | **Claims Asserted<br>U.S.D.C., E.D.Pa. No. 2:11-cv-02604** | X | X | X | **Unknown** |
| Account No.<br><br>**U.S. Securities and Exchange Commission<br>NE Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, NY 10279-0001** | - | | **Notice Only** | | | | **0.00** |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nova Financial Holdings, Inc.**                                    Case No. _____
_____,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Veronica L. Bekkedam** <br> **23 Harrison Drive** <br> **Newtown Square, PA 19073** | - | | **Trust Preferred Securities Issued by Nova Capital Trust I** | | X | | **Unknown** |
| Account No. <br><br> **William J. and Linda K. Clark Spink** <br> **296 Sunset Hollow Road** <br> **West Chester, PA 19380** | - | | **Trust Preferred Securities Issued by Nova Capital Trust I** | | X | | **Unknown** |
| Account No. <br><br> **Wilmington Trust Co., as Trustee for** <br> **Nova Capital Trust I** <br> **c/o Corporate Trust Administration** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** | - | | **Outstanding Interest Owed** | | | | **4,079,713.00** |
| Account No. <br><br> **Wilmington Trust Co., as Trustee for** <br> **Nova Capital Trust I** <br> **c/o Corporate Trust Administration** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** | - | | **Trust Preferred Securities Issued by Nova Capital Trust I** | | X | | **Unknown** |
| Account No. <br><br> **Wilmington Trust Co., Trustee for** <br> **Nova Capital Trust I** <br> **c/o Corporate Trust Administration** <br> **1100 North Market Street** <br> **Wilmington, DE 19890** | - | | **Debenture** <br> **Nova Capital Trust I** | | | | **10,000,000.00** |

Sheet no. **15** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal <br> (Total of this page) | **14,079,713.00** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **14,079,713.00** |

B6G (Official Form 6G) (12/07)

.

In re    **Nova Financial Holdings, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Brian Hartline**<br>**36 Windward Court**<br>**Collegeville, PA 19426** | **Employment Contract** |
| **Contract with 401(k) Plan Administrator**<br>**1235 Westlakes Avenue**<br>**Suite 420**<br>**Berwyn, PA 19312** | **401(k) contract related to Nova Bank** |
| **Nova Bank**<br>**1235 Westlakes Drive**<br>**Suite 420**<br>**Berwyn, PA 19312** | **June 23, 2010 Service Agreement** |
| **NOVA Bank**<br>**1235 Westlakes Avenue**<br>**Suite 420**<br>**Berwyn, PA 19312** | **Tax Allocation Agreement dated November 19, 2008** |
| **Nova Financial Services, Inc.**<br>**1235 Westlakes Avenue**<br>**Suite 420**<br>**Berwyn, PA 19312** | **Tax Allocation Agreement dated November 19, 2008** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Nova Financial Holdings, Inc.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nova Capital Trust I**<br>**1235 Westlakes Avenue**<br>**Suite 420**<br>**Berwyn, PA 19312** | **Wilmington Trust Co. as Trustee for**<br>**Nova Capital Trust I**<br>**c/o Corporate Trust Administration**<br>**1100 North Market Street**<br>**Wilmington, DE 19890** |

**0**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Nova Financial Holdings, Inc.**             Case No. _____

                                       Debtor(s)         Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**28**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 30, 2012** _____        Signature   **/s/ Brian M. Hartline** _____

                                                 **Brian M. Hartline**
                                                 **President and CEO**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Nova Financial Holdings, Inc.**                                                                           Case No. _____
                                                                    Debtor(s)          Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,318.00** | **YTD 2012 - interest on money market and/or checking accounts** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$38,947.00** | **Annual December 31, 2011 - interest income from investment savings & checking accounts** |

2

| AMOUNT | SOURCE |
|---|---|
| **$76,609.00** | **Annual December 31, 2010 - interest income from investment savings & checking accounts** |

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **NOVA Bank 1235 Westlakes Dr. Suite 420 Berwyn, PA 19312** | **September 30, 2012** | **$35,280.75** | **$0.00** |
| **NOVA Bank 1235 Westlakes Drive Suite 420 Berwyn, PA 19312** | **September 30, 2012** | **$5,977.80** | **$0.00** |
| **NOVA Bank 1235 Westlakes Drive Suite 410 Berwyn, PA 19312** | **September 30, 2012* *NOVA Financial Holdings is obligated to pay this monthly amount to NOVA Bank under the Services Agreement** | **$1,491.67** | **$0.00** |
| **NOVA Bank 1235 Westlakes Dr. Suite 420 Berwyn, PA 19312** | **August 31 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank 1235 Westlakes Dr. Suite 420 Berwyn, PA 19312** | **July 31, 2012** | **$1,491.67** | **$0.00** |
| **Gregory FCA Communications 27 West  Athens Avenue Ardmore, PA 19003** | **October 12, 2012** | **$10,000.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **October 6, 2011** | **$92,622.49** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **October 18, 2011** | **$34,076.61** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **November 1, 2011** | **$2,349.06** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **November 4, 2011** | **$4,125.00** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **November 4, 2011** | **$14,916.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **November 21, 2011** | **$7,134.29** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **November 21, 2011** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **December 2, 2011** | **$3,866.12** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **December 2, 2011** | **$11,839.17** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **December 16, 2011** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>    **subsidiary** | **January 27, 2012** | **$1,491.67** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **February 29, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **March 22, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **April 30, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **May 25, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **June 26, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **July 27, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **August 28, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **September 26, 2012** | **$1,491.67** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **September 27, 2012** | **$5,977.80** | **$0.00** |
| **NOVA Bank**<br>**1235 Westlakes Ave.**<br>**Suite 420**<br>**Berwyn, PA 19312**<br>  **subsidiary** | **September 28, 2012** | **$35,280.75** | **$0.00** |

5

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **C. Scott Hisey, et al. v. Nova Financial Holdings, Inc, at al.**<br>**2:11-cv-02604-EL Consolidated with**<br>**2:11-cv-5336-EL** | stockholders suit | **U.S.D.C., E.D.Pa**<br>**Philadelphia, PA** | pending |
| **Anthony J. Bonomo and Mary Ellen Bonomo v. Nova Financial Holdings, Inc. and NOVA Bank**<br>**2:11-cv-04762 (GP)** | securities/commodities | **U.S.D.C., E.D.Pa.**<br>**Philadelphia, PA** | pending |
| **Herbert Weiss, et al. v. Nova Financial Holdings, et al.**<br>**11-cv-05336** | | **U.S.D.C., E.D.Pa.**<br>**Philadelphia, PA** | pending |
| **Hilary G. Musser and Cooper Management Co., LLC v. Nova Bank f/k/a Nova Savings Bank, Nova Financial Holdings, Inc. and Edward DiMarcantonio**<br>**No. 2011-16474** | | **Court of Common Pleas of Montomgery Co., PA** | pending |
| **NOVA Bank v. Hilary Grinker Musser, et al.**<br>**9:11-cv-81311-KLR** | **Contract dispute** | **U.S.D.C., S.D.Fla.**<br>**West Palm Beach, FL** | Stayed |
| **Nova Financial Holdings, Inc. and NOVA Bank v. Bankinsure, Inc.**<br>**No. 2:11-cv-07840** | | **U.S.D.C., E.D.Pa.**<br>**Philadelphia, PA** | Settled/Dismissed |
| **Nova Financial Holdings, Inc. and NOVA Bank v First American Title Insurance Co.**<br>**2:12-cv-05087-JCJ** | | **U.S.D.C., E.D.Pa.**<br>**Philadelphia, PA** | pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

6

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Klehr Harrison Harvey Branzburg**<br>**1835 Market Street**<br>**Suite 1400**<br>**Philadelphia, PA 19103** | **September 28, 2012** | **$75,000.00** |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

7

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
□

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| USAB Shareholder Escrow Account 1235 Westlakes Dr. Suite 420 Berwyn, PA 19312 | Escrow account for former shareholders of USABancshares.com, Inc. in the amount of $38,054.00. | NOVA Bank Account No. 37005717 |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

8

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **NOVA Bank** | **23-0962151** | **1235 Westlakes Dr. Suite 420 Berwyn, PA 19312** | **Pennsylvania State Savings Bank** | **May 1887* - current (Debtor's relationship began October 31, 2002)** |
| **Nova Capital Trust I** | **25-6639461** | **1235 Westlakes Dr. Suite 420 Berwyn, PA 19312** | **Delaware Business Trust** | **September 1998* - current (Debtor's relationship began October 31, 2002)** |

9

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Lisa Schmoke**                                          **June 2007**
**1235 Westlakes Dr.**
**Suite 420**
**Berwyn, PA 19312**

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED
**KPMG, LLP**               **1601 Market Street**         **2002 through 2012**
                            **Philadelphia, PA 19103**

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**NOVA Bank**                                 **1235 Westlakes Dr.**
                                              **Suite 420**
                                              **Berwyn, PA 19312**

**Cheryl Kim Hartline**                       **c/o Nova Financial Holdings, Inc.**
                                              **1235 Westlakes Drive, Suite 420**
                                              **Berwyn, PA 19312**

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

10

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Brian Hartline<br>36 Windward Court<br>Collegeville, PA 19426 | President/Director | controls 2.2% |
| Edward DiMarcantonio<br>528 Arbordale Road<br>Wayne, PA 19087 | Assistant Secretary/Director | controls 0.5% |
| Wayne Oliver Leevy<br>507 N. Latch's Lane<br>Merion Station, PA 19066 | Director | controls 0.2% |
| Thomas W. Martell<br>345 Reading Blvd.<br>Reading, PA 19610 | Director | controls 1.4% |
| Cheryl Kim Hartline<br>36 Windward Court<br>Collegeville, PA 19426 | Secretary | 0.3%*<br>*not including stock jointly owned with Brian Hartline |
| Lisa L. Schmoke<br>133 Azalea Circle<br>Royersford, PA 19468 | Treasurer | 0.0% |
| Robert J. Smik<br>791 Midway Lane<br>Blue Bell, PA 19422 | Vice President | 0.4% |
| David E. Dietrich<br>1629 Colony Drive<br>Reading, PA 19610 | Vice President | controls 0.2% |
| Anthony J. Bonomo and Mary Ellen Bonomo<br>10 Walter Lane<br>Manhasset, NY 11030-1652 | shareholders | 7.6% |
| Glenn/TKG Holdings LLLP<br>c/o Thomas K. Glenn<br>42 Lenox Point<br>Atlanta, GA 30324 | shareholder | 6.0% |
| George G. Levin<br>100 Bay Colony Lane<br>Fort Lauderdale, FL 33308 | shareholder | 15.0% |
| Physicians Reciprocal Insurers PRI<br>1800 Northern Blvd.<br>Roslyn, NY 11576-1140 | shareholder | 6.8% |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| **Jeffrey Hanuscin**<br>**2406 Sanibel Circle**<br>**Palmyra, NJ 08065** | **Vice President** | **October 17, 2011** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately
preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|-----------------------------------------------------------|-----------------------------------|-----------------------------------------------------------|

**24. Tax Consolidation Group.**

None
☐    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| **Nova Financial Holdings, Inc.** | **03-0402707** |

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as
an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **October 30, 2012**                     Signature    **/s/ Brian M. Hartline**
                                                              **Brian M. Hartline**
                                                              **President and CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Nova Financial Holdings, Inc.**
_____    Case No. _____
                                    Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **75,000.00** |
    | Prior to the filing of this statement I have received | $ | **75,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   **October 30, 2012**
_____        **/s/ Morton R. Branzburg  (PA Bar**
                                            **Morton R. Branzburg  (PA Bar 22477)**
                                            **Klehr Harrison Harvey Branzburg**
                                            **1835 Market Street**
                                            **Suite 1400**
                                            **Philadelphia, PA 19103**
                                            **215-569-3007  Fax: 215-568-6603**
                                            **mbranzburg@klehr.com**

---

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nova Financial Holdings, Inc.** _____     Case No. _____

                                                Debtor(s)     Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true
and correct to the best of my knowledge.

Date:   **October 30, 2012** _____        **/s/ Brian M. Hartline** _____

                                                **Brian M. Hartline/President and CEO**
                                                Signer/Title

Albert Neiberg
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th St., 22nd Floor
Philadelphia, PA 19102


Anthony and Mary Ellen Bonomo
c/o Triton Capital Management, LLC
Attn: Henry Lervolino
232 Trumbull Road
Manhasset, NY 11030


Anthony and Mary Ellen Bonomo
c/o Todd Howard
33 Sugar Ridge Lane
Malvern, PA 19355


Anthony J. Bonomo
c/o Michael S. Hino, Pepper Hamilton
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312


Ballamor Capital Management
c/o Matthew A. Taylor, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103


Barbara Curran
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Barbara Mitchell
Two The Vista
Middletown, NJ 07748

Barry R. Bekkedam
c/o Matthew A. Taylor
Duane Morris, LLP
30 South 17th Street
Philadelphia, PA 19103


Benedict Foundation for Independent Scho
524 Bay Drive
Vero Beach, FL 32963


Brent J. and Judy V. Ware
30 Kinnie Road
Franklin, TN 37069


Brian Hartline
36 Windward Court
Collegeville, PA 19426


Brian Zubatch
c/o Keith E. Smith
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Brighton Management Group, LLC
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


C. Edward and Billie F. Carlisle
104 North Bayview Street
Fairhope, AL 36532-2505


C. Scott Hisey
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market St. Suite 1800
Philadelphia, PA 19103

Carol Gammarino
Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Chester Romano
143 Grange Avenue
Fair Haven, NJ 07704


Christa Vagnozzi
c/o Justin E. Proper, Esquire
White & Williams LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Chuck Uplinger
c/o Justin E. Proper, Esquire
White & Williams LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Cindy Stein
c/o Justin Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Cindy Veverka
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Contract with 401(k) Plan Administrator
1235 Westlakes Avenue
Suite 420
Berwyn, PA 19312

Cooper Management Co. LLC
c/o Andrew Steven Kwan, Esquire
7523 Sally Lyn Lane
Lake Worth, FL 33467


Cooper Management Co., LLC
c/o Steven M. Coren, Esquire
Kaufman, Coren & Reiss, P.C.
1717 Arch St., Suite 3710
Philadelphia, PA 19103


Craig Veverka
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


D.W.M. Incorporated
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th St., 22nd Floor
Philadelphia, PA 19102


David Crastnopol
c/o Justin Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Dean Knauss
c/o Justin Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Dean Vagnozzi
c/o Justin E. Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103

Donald Curry
c/o Keith E. Smith
Eckert, Seamans, Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Donald S. Travis
9 Stonewood Parkway
Verona, NJ 07044


Donna Scharer
4775 Collins Avenue
No. 1601
Miami Beach, FL 33140


FDIC
350 5th Avenue
Suite 1200
New York, NY 10118-0110


Federal Reserve Bank of Philadelphia
Ten Independence Mall
Philadelphia, PA 19106


Fetter Living Family Trust
173737 Noel Road
Suite 100
Dallas, TX 75240


Frederick Rosen
136 Abbey Drive
Royersford, PA 19468


George Rymar
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102

Gerald Nave
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Herbert Weiss
c/o Brendan Ruddy, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Hilary G. Musser
c/o David Dormont
Kaufman, Coren & Ress, PC
1717 Arch St., Suite 3710
Philadelphia, PA 19103


Hilary G. Musser
c/o Steven M Coren, Esquire
Kaufman, Coren & Ress PC
1717 Arch Street, Suite 3710
Philadelphia, PA 19103


Hilary G. Musser Alpha Trust
Christiana Bank & Trust Co., Trustee
c/o Andrew Steven Kwan
7523 Sally Lyn Lane
Lake Worth, FL 33467


J. Frank and Susan B. Adams
128 South Shore
Hilton Head Island, SC 29928


J. Paul Rowe
4 Carriage Way
Berwyn, PA 19312

Joe Stein
c/o Justin Proper, Esquire
White & Williams LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


John Bendokas
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


John Harkins
c/o Justin Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103


John McNally
c/o Justin E. Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103


John Roshelli
c/o Justin E. Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Joseph Forman
c/o Keith E. Smith, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Joseph Schirmer
c/o Keith Smith
Eckert, Seamans, Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102

Katrina Kilgallon
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Ken Gawason
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Lefteen Realty Trust
Hilary Grinker Musser, Trustee
c/o Andrew Steven Kwan
7523 Sally Lyn Lane
Lake Worth, FL 33467


Lester Clippinger, Jr.
1554 Paoli Pike
No. 307
West Chester, PA 19380


Linda D. Bedell
309 KAABC
Aspen, CO 81611


Linda D. Reed
99 Dickinson Road
Wayne, PA 19087


Lisa Knauss
c/o Justin Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103

Maria Cacia
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Marianne Harkins
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Martha Snider
8500 Flourtown Avenue
Glenside, PA 19038


Mary Ellen Bonomo
c/o Michael S. Hino, Pepper Hamilton
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312


Michael A. Orndorff
1390 Harmonyville Road
Pottstown, PA 19465


Michael Kilgallon
c/o Justin E. Proper, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Nova Bank
c/o Michael Menkowitz
Fox Rothschild O'Brien & Frankel
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3291

Nova Bank
1235 Westlakes Drive
Suite 420
Berwyn, PA 19312


NOVA Bank
1235 Westlakes Avenue
Suite 420
Berwyn, PA 19312


Nova Capital Trust I
1235 Westlakes Avenue
Suite 420
Berwyn, PA 19312


Nova Financial Services, Inc.
1235 Westlakes Avenue
Suite 420
Berwyn, PA 19312


Royal Bank America
732 Montgomery Avenue
Narberth, PA 19072


Salvatore Fiore
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Seravelli Financial Group, Inc. PSP
10059 Sandmeyer Lane
Philadelphia, PA 19116


Stephan Gammarino
c/o Justin Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395

Stephen Huesser
c/o Justin E. Proper, Esquire
White & Williams
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Sycuan Children's Trust
3007 Dehesa Road
El Cajon, CA 92019


Terry A. Woodward
855 Collegeville Road
Collegeville, PA 19426


The McFadzean 1998 Trust
1601 Cloverfield Blvd.
North Tower, Suite 5000
Santa Monica, CA 90404


The Peter D. Benedict Revocable Trust
524 Bay Drive
Vero Beach, FL 32963


Theodore Kilkuskie
c/o Keith E. Smith, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102


Timothy Curran
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103


Tracy McNally
c/o Justin E. Proper, Esquire
White & Williams, LLP
1650 Market Street, Suite 1800
Philadelphia, PA 19103

U.S. Securities and Exchange Commission
NE Regional Office
Woolworth Building
233 Broadway
New York, NY 10279-0001


Veronica L. Bekkedam
23 Harrison Drive
Newtown Square, PA 19073


William J. and Linda K. Clark Spink
296 Sunset Hollow Road
West Chester, PA 19380


Wilmington Trust Co., as Trustee for
Nova Capital Trust I
c/o Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890


Wilmington Trust Co., as Trustee for
Nova Capital Trust I
c/o Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890


Wilmington Trust Co., Trustee for
Nova Capital Trust I
c/o Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Nova Financial Holdings, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Nova Financial Holdings, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 30, 2012**

Date

**/s/ Morton R. Branzburg  (PA Bar**

**Morton R. Branzburg  (PA Bar 22477)**

Signature of Attorney or Litigant

Counsel for   **Nova Financial Holdings, Inc.**

**Klehr Harrison Harvey Branzburg**
**1835 Market Street**
**Suite 1400**
**Philadelphia, PA 19103**
**215-569-3007 Fax:215-568-6603**
**mbranzburg@klehr.com**